# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH MICHAEL SHEA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-09-750-R |
| | ) |
| MIKE MULLIN, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Robert Bacharach entered August 31, 2009 [Doc. No. 11] and Petitioner's Objection to the Report and Recommendation [Doc. No. 12]. The Court reviews the Report and Recommendation *de novo* in light of Petitioner's Objection, pursuant to 28 U.S.C. § 636(b)(1)(B).

Petitioner, in his Objection to the Report and Recommendation, makes the same arguments that he made before the Magistrate Judge. Having reviewed the entire record herein, the Court concurs in the findings and conclusions of the Magistrate Judge. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 11] is ADOPTED in its entirety; Petitioner's request for habeas relief herein is denied.

IT IS SO ORDERED this 24th day of September, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE